Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com

*Attorney for Defendant*
*Discover Bank*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GLORIA FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>DISCOVER BANK, N.A.,<br><br>    Defendant. | CASE NO. 2:21-cv-00492-RFB-EJY<br><br>**JOINT STIPULATION FOR EXTENSION TO FILE INITIAL RESPONSIVE PLEADING** |

Plaintiff Gloria Flores ("Plaintiff") and Defendant Discover Bank, N.A. ("Discover")[1] stipulate and agree that Discover has up to and including May 12, 2021 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Discover to prepare a response.

*[Continued on following page.]*

---

[1] By filing this Stipulation, Discover is not waiving any defense, affirmative or otherwise, it may have in this matter.

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: April 13, 2021

| BALLARD SPAHR LLP | KNEPPER & CLARK LLC |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>BALLARD SPAHR LLP<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorney for Defendant*<br>*Discover Bank N.A.* | By: /s/ Matthew I. Knepper<br>Matthew I. Knepper, Esq.<br>Miles N. Clark, Esq.<br>5510 S. Fort Apache Road, Suite 30<br>Las Vegas, Nevada 89148<br><br>David Krieger, Esq.<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

/s/ Elayna J. Zouchah
_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 13, 2021

2